UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO: 1:21-cv-02987-CMA-KLM

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

CSM PARK MEADOWS LLC D/B/A
COURTYARD BY MARRIOT –
DENVER/PARK MEADOWS,

    Defendant.

---

**JOINT NOTICE OF SETTLEMENT**

---

Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendant, CSM PARK MEADOWS LLC D/B/A COURTYARD BY MARRIOT – DENVER/PARK MEADOWS, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this December 14, 2022.

<table>
<tr><td>

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ
**GARCIA-MENOCAL & PEREZ, P.L.**
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com
dramos@lawgmp.com
*Attorneys for Plaintiffs*

</td><td>

By: */s/ Andrew S. Escher*
ANDREW S. ESCHER
**WINTHROP & WEINSTINE, P.A.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6445
Facsimile: (612) 604-6800
Primary E-Mail: aescher@winthrop.com
Secondary E-Mail: sernster@winthrop.com
*Attorneys for Defendant*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 14, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com;
dramos@lawgmp.com

By:  */s/ Anthony J. Perez*
     ANTHONY J. PEREZ

25293290v1

2